# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB GIDDINGS,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 21-4206 |

**PAPPERT, J.**                                                                                                                             **May 17, 2022**

## <u>ORDER</u>

     **AND NOW**, this 17th day of May 2022, upon consideration of Plaintiff Jacob Giddings's Amended Complaint (ECF 5), Defendant City of Philadelphia's Motion to Dismiss (ECF 7) and Giddings's Response (ECF 8), it is **ORDERED** that the Motion is **DENIED**.

                                                         BY THE COURT:

                                                         ***/s/ Gerald J. Pappert***
                                                         GERALD J. PAPPERT, J.