IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB GIDDINGS,<br>                      Plaintiff,<br><br>        v.<br><br>CITY OF PHILADELPHIA, et al.,<br>                      Defendants. | Civil Action<br>No. 21-4206 |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

      Kindly enter the appearance of Derek Kane as counsel for Defendant the City of Philadelphia in the above-entitled matter.

                                              Respectfully submitted:

Date:  February 22, 2023              /s/ *Derek R. Kane*
                                                 Derek Kane
                                                 Deputy City Solicitor
                                                 City of Philadelphia Law Department
                                                 1515 Arch Street, 14th Floor
                                                 Philadelphia, PA  19102-1595
                                                 (215) 683-5374
                                                 *derek.kane@phila.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB GIDDINGS,** : <br>               **Plaintiff,** : <br> : <br> v. : <br> : <br> **CITY OF PHILADELPHIA, et al.,** : <br>               **Defendants.** : <br> : | **Civil Action** <br> **No. 21-4206** |

### CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served on all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

                                                  Respectfully submitted:

Date:  February 22, 2023        /s/ *Derek R. Kane*
                                                  Derek Kane
                                                  Deputy City Solicitor
                                                  City of Philadelphia Law Department
                                                  1515 Arch Street, 14th Floor
                                                  Philadelphia, PA  19102-1595
                                                  (215) 683-5374
                                                  *derek.kane@phila.gov*